IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARAH MIDDLETON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant._____/ | No. C-09-05754 EDL<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On July 12, 2010, Defendant filed an amended motion to dismiss Plaintiff's amended complaint. Plaintiff shall serve and file any opposition no later than August 17, 2010, and Defendant may serve and file a reply no later than August 24, 2010. The matter will be deemed submitted for decision without oral argument unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: August 3, 2010

                                                *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge